## WALDRON v SOUTHWESTERN BUS CO

Ohio Appeals, 6th Dist, Huron Co
No 259. Decided April 23, 1930

Young & Young, Norwalk, for Waldron.
G. Ray Craig, Norwalk, for Bus Co.

RICHARDS, J.

The defendant company, while she was a passenger, owed her a high degree of care for her safety, but she alighted from the bus in a place of safety and the relation of carrier and passenger thereupon terminated. The proximate cause of her subsequent injury was either her own negligence in walking in front of an approaching automobile, or the negligence of the operator of such automobile, and the defendant was in no sense responsible for the injury resulting therefrom. Having discharged the passenger in a place of safety, there could be no causal connection between that act and the injury which she suffered. She was familiar with the surrounding conditions and the operator of the bus owed no duty to warn her of approaching automobiles.

**Reining, Admx. vs. Northern Ohio Traction & Light Co., 107 Ohio St., 528;**
**Cleveland R. R. Co. vs. Sebasta, et al., Supreme Court of Ohio, May 29, 1929, published in Ohio Bar July 9, 1929.**

The authorities on this question are collected in a note to Chesley, Admr. vs. Waterloo, Cedar Falls & Northern R. R. Co., (Iowa), 12 A. L. R., 1366.

For the reasons given the judgment will be affirmed.

Williams and Lloyd, JJ., concur.